UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT EUGENE BROWN,
Individually and on behalf of others similarly situated

    Plaintiff

-vs-                                          Case No. 17-cv-11835
                                              Hon. Linda V. Parker

THE KROGER CO.,

    Defendant

## STIPULATED ORDER EXTENDING TIME FOR DEFENDANT TO FILE ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

The parties having stipulated to the entry of this Order, as evidenced by the signature of their respective counsel below, and the Court being otherwise fully advised:

**IT IS HEREBY ORDERED** that Defendant The Kroger Co. shall file its Answer or otherwise respond to Plaintiff's Complaint not later than September 15, 2017.

                                              s/ Linda V. Parker
                                              LINDA V. PARKER
                                              U.S. DISTRICT JUDGE

Dated: September 6, 2017

/s/ Priya Bali
Priya Bali (P78337)
Lyngklip & Associates
Consumer Law Center, PLC
24500 Northwestern Highway, Suite 206
Southfield, MI 48075
(248) 208-8864
Priya@MichiganConsumerLaw.com
*Counsel for Plaintiff*


/s/ Jason M. Renner (with permission)
Jason M. Renner (P74476)
Dinsmore & Shohl LLP
900 Wilshire Drive, Suite 300
Troy, MI 48084
(248) 203-1632
jason.renner@dinsmore.com
*Counsel for Defendant*