UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN -- SOUTHERN DIVISION

ROBERT BROWN,
Individually and on behalf of others similarly situated

     Plaintiff

 -vs-

                         Case No. 17-CV-11835
                         Hon. Linda V. Parker
                         Magistrate Judge: Mona K. Majzoub

THE KROGER CO.,

     Defendant

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

The Plaintiff dismisses his claim against Defendant without prejudice and without costs, sanctions, or attorneys fees.

Respectfully Submitted,

By:  s/ Priya Bali
Priya Bali (P78337)
LYNGKLIP & ASSOCIATES
CONSUMER LAW CENTER, PLC
Attorney For Robert Brown
24500 Northwestern Highway, Ste. 206
Southfield, MI 48075
(248) 208-8864
Priya@michiganconsumerlaw.com

Dated: September 12, 2017