UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT EUGENE BROWN,

    Plaintiff(s),

V.                                    CASE NO. 17-11835
                                        HON. LINDA V. PARKER

THE KROGER CO.,

    Defendant(s).
_____/

## ORDER OF DISMISSAL

The Plaintiff having filed a Notice of Voluntary Dismissal [ECF No. 8] on September 12, 2017;   Accordingly, the above-entitled action is DISMISSED WITHOUT PREJUDICE AND WITHOUT COSTS.

IT IS SO ORDERED.

                                            s/Linda V. Parker
                                            Linda V. Parker
                                            United States District Judge

Dated:  September 13, 2017

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 13, 2017, by electronic and/or ordinary mail.

                                            s/R. Loury
                                            Case Manager